# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161625-6(111)(112)(113)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARC SLIS and 906 VAPOR,
      Plaintiffs-Appellees,

v

STATE OF MICHIGAN and DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
      Defendants-Appellants.

SC: 161625
COA: 351211
Ct of Claims: 19-000152-MZ

_____

A CLEAN CIGARETTE CORPORATION,
      Plaintiff-Appellee,

v

GOVERNOR, STATE OF MICHIGAN, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
      Defendants-Appellants.

SC: 161626
COA: 351212
Ct of Claims: 19-000154-MZ

_____/

     On order of the Chief Justice, the separate motions of Terrill Bravender, MD, MPH, Sharon Swindell, MD, MPH, and Tylise Ivey to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those persons on August 13, 2020, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



Clerk